**GREAT PLAINS**

**LABORERS' DISTRICT COUNCIL**

**ARTICLES OF AGREEMENT**

Covering

**BUILDING CONSTRUCTION WITHIN THE
JURISDICTION OF**

**CENTRAL ILLINOIS BUILDERS OF A.G.C.**

and

**McLEAN COUNTY CONTRACTORS GROUP**

**Effective:  May 1,  2003**                    **Expires:  April 30, 2008**



## ARTICLE X
### PENSION, ANNUITY, WELFARE, TRAINING, INDUSTRY ADVANCEMENT FOUNDATION, CHECK-OFF, LABORERS'-EMPLOYERS COOPERATION AND EDUCATION TRUST, MIDWEST FOUNDATION FOR FAIR CONTRACTING, VACATION FUND, MIDWEST REGION ORGANIZING COMMITTEE, MARKET PRESERVATION, LABORERS' POLITICAL LEAGUE AND APPRENTICESHIP

Section 1. Pension Fund. Commencing with the effective date of this Agreement, the Employer agrees to make payments to and be bound by the Central Laborers' Pension Fund, including any amendments or changes thereto, and the Employer accepts as Trustees those Trustees selected in the manner provided in said Trust Agreement. The Employer shall pay to the Central Laborers' Pension Fund the sum per hour for each hour or portion thereof, including overtime hours worked by an Employee covered by this Agreement for work performed in the individual Local Union's jurisdiction as outlined in the Addendum.

Section 2. Annuity Fund. 1. (a) Commencing with the effective date of this Agreement, and for the duration of the Agreement, and any renewals or extensions thereof, the Employer agrees to make payments to the Great Plains Annuity Fund for each employee covered by this Agreement as outlined in the Addendum of this Agreement.

(b) For the purpose of this Article, each hour paid for, including hours attributable to show up time, and other hours for which pay is received by the employee in accordance with this Agreement, shall be counted as hours for which contributions are payable.

(c) Contributions shall be paid on behalf of any employee starting with the employee's first day of employment in a job classification covered by this Agreement.

(d) The payments to the Pension Fund required above shall be made payable to the Central Laborers' Pension Fund which was established under an Agreement and Declaration of Trust, dated January 1, 1965. The Employer hereby agrees to be bound by and to the said Agreement and Declaration of Trust as heretofore and hereafter amended, as though he had actually signed the same.

(e) The payments to the Annuity Fund required above shall be made payable to the Great Plains Annuity Fund which was established under an Agreement and Declaration of Trust dated May 1, 2003. The Employer hereby agrees to be bound by and to the said Agreement and Declaration of Trust as heretofore and hereafter amended, as though he had actually signed the same.

2. The Employer hereby irrevocably designates as its representatives on the Board of Trustees such Trustees as are now serving, or who will in the future serve, as Employer Trustees, together with their successors. The Employer further agrees to be bound by all actions taken by the Trustees pursuant to the said Agreement and Declaration of Trust as heretofore and hereafter amended.

3. All contributions shall be made at such time and in such manner as the Trustees require; and the Trustees shall have the authority to have an accountant audit the payroll and wage records of the Employer for the purpose of determining the accuracy of contributions to the Pension Fund.

4. If an Employer fails to make contributions to the Pension Fund and Annuity Fund within fifteen (15) days after the date required by the Trustees, the Union shall have the right to take whatever steps are necessary to secure compliance with this Agreement, any other provision hereof to the contrary notwithstanding and the Employer shall be liable for all costs for collection of the payments due together with attorney's fees and such penalties as may be assessed by the Trustees.

5. The Pension Fund and Annuity Fund adopted by the Trustees of said Pension Fund and Annuity Fund shall at all times conform with the requirements of the Internal Revenue Code so as to enable the Employer at all times to treat contributions to the Pension Fund and Annuity Fund as a deduction for income tax purposes.

Section 3.  Welfare Fund.  Commencing with the effective date of this Agreement, the Employer agrees to make payments to and be bound by the North Central Illinois Laborers' Health & Welfare Fund, including any amendments or changes thereto, and the Employer accepts as Trustees those Trustees selected in the manner provided in said Trust Agreement. The Employer shall pay to the North Central Illinois Laborers' Health & Welfare Fund the listed cents per hour for each hour or portion thereof, including overtime hours worked by an employee covered by this Agreement for work performed in the individual Local Union's Jurisdiction.  See Addendum.

Section 4.  Training Program.  Commencing with the effective date of this Agreement, the Employer agrees to make payments to and be bound by the Illinois Laborers' and Contractors' Joint Apprenticeship and Training Program, including any amendments or changes thereto, and the Employer accepts as Trustees those Trustees selected in the manner provided in said Trust Agreement.  The Employer shall pay to the Illinois Laborers' and Contractors' Joint Apprenticeship and Training Program Fund the listed cents per hour for each hour or portion thereof, including overtime hours worked by an employee covered by this Agreement for work performed in the individual Local Union's jurisdiction.  See Addendum.

Section 5.  Industry Advancement Foundation.  It is mutually agreed that the Employers signatory to this Agreement hereby agree to contribute twelve cents ($.12) per hour effective May 1, 2003 and May 1, 2004; thirteen ($.13) cents per hour effective May 1, 2005 and May 1, 2006 and fourteen cents ($.14) per hour effective May 1, 2007 for each hour or portion thereof worked by an employee under this Agreement.  Contributions shall be sent to the offices of the North Central-Illinois Laborers' Health & Welfare Fund, P.O. Box 9090, Peoria, Illinois 61612-9090, and said monies shall be disbursed into the Industry Advancement Fund Account of Central Illinois Builders of A.G.C.

Any Employer signatory to this Agreement who fails to make the IAF contribution shall be subject to a penalty of ten percent (10%) of the previous month's non-payment.  Additional penalties of ten percent (10%) shall be due every thirty (30) days thereafter, until payment is made.  A non-contributing contractor will also be subject to all reasonable legal collection fees relating to the non-payment of IAF contributions.

Section 6.  Payments to the office of the aforesaid plans and funds shall be made by the Employer no later than the 15th day of the month following the month for which payments are required.

Section 7.  Working Dues Check-Off.  The Employer agrees that any Local Union having a work assessment check-off, a building fund check-off, Laborers'-Employers Cooperation and Education Trust check-off, or any other check-off as outlined in the Addendum, it will be recognized and become part of this Agreement.  Commencing with the effective date of this Agreement, the Employer agrees to make

payments to and be bound by the Great Plains Laborers' District Council Working Dues Check-Off. The Employer shall upon receipt of a proper assignment executed by an Employee deduct the authorized membership working dues from the wages of each Employee and forward such monies promptly for

Local Unions 362 and 996 directly to said Local Unions. For Local Union 538 send directly to the North Central-Illinois Laborers' Health & Welfare Fund, P.O. Box 9090, Peoria, Illinois 61612-9090. Said monies should be in the Local Union or District Council Office the 15th day of the following month, covering the hours worked the previous month.

Section 8.  Market Preservation Check-Off.  Commencing with the effective date of this Agreement, the Employer shall deduct from the wages of each employee an amount equal to the Market Preservation Check-Off, and send to the North Central-Illinois Laborers' Health & Welfare Fund, P.O. Box 9090, Peoria, Illinois 61612-9090, for Local Union 538 only, as set forth in the Addendum.

For Local 362, McLean County, the Employer shall deduct from the wages of each employee an amount equal to the Market Preservation Check-off and send to P.O. Box 3248, Bloomington, IL 61702, as set forth in the Addendum; together with a list of names and total hours worked of each employee from whom deductions were made.

For Local 996, the Employer shall deduct from the wages of each employee an amount equal to the Market Preservation Check-off and send to P.O. Box 410, Roanoke, IL 61561, as set forth in the Addendum; together with a list of names and total hours worked of each employee from whom deductions were made.

The payment and the payroll report shall be mailed to reach the office of the Council and/or Local Union . not later than fifteen (15) calendar days following the end of each calendar month.

The Employer shall be furnished a written authorization from each Employee which shall not be irrevocable for more than one year, or beyond the termination date of this Agreement, whichever occurs sooner.

Section 9.  Laborers' Political League.  Effective May 1, 2003, the Employer shall deduct from the net wages of his employees covered by this Agreement, who have voluntarily authorized such contributions on the forms provided for that purpose by the Union the sum per hour for each hour worked or paid to the employee as stipulated in attached Addendum and to transmit those funds on the monthly contribution report form.

Section 10.  Said failure to make the required dues and check-off payments at the time specified shall be deemed a gross breach of this Agreement by the Employer, and the Union shall be free to take any economic action, including refusal of employees to work and picketing, to obtain Employer compliance with this Agreement notwithstanding any other provisions of this Agreement.

Section 11.  If an Employer fails to pay wages or into the above said funds, the arbitration procedure herein provided for shall become inoperative and the Union, after five (5) days written notice to the owner or owner's representative, shall be entitled to resort to all legal and economic remedies including the right to strike and picket until such failure to pay has been corrected.

Section 12. Specific Provisions of a Local Nature. The term "home local union" refers to the local union of which an individual laborer is a member or a registered applicant for employment on a referral hiring list.

In the event that a person whose home local union is Laborers' Local 231 performs work within the geographical jurisdiction of Laborers' Local 362, 538, or 996, all pension, welfare and annuity funds shall be paid to the person's home local union in the same manner and to the same extent and in the same amounts as if the hours of work had been performed within the jurisdiction of Laborers' Local 231. All working dues for hours worked within the geographical jurisdiction of Laborers' Local 362, 538, or 996 shall be paid to Laborers' Local 362, 538, or 996 in the same manner and at the same rate as if the individual were a member or a person referred by that particular Local Union.

In the event that a person whose home local union is Laborers' Local 362, 538, or 996 performs work within the geographical jurisdiction of Laborers' Local 231, all pension, welfare and annuity funds shall be paid to the person's home local union in the same manner and to the same extent and in the same amounts as if the hours of work had been performed within the jurisdiction of Laborers' Local 362, 538, or 996. All working dues for hours worked within the geographical jurisdiction of Laborers' Local 231 shall be paid to Laborers' Local 231 in the same manner and at the same rate as if the individual were a member or a person referred by Laborers' Local 231.

The Employer shall make payment of all sums except working dues called for by the Collective Bargaining Agreement within the time set forth in the agreement covering the work being performed as if the work was performed in the individual's home local union. Working dues shall be paid to the local union in the jurisdiction where the work is performed and at the rate established in the Collective Bargaining Agreement of that local union.

The intent of this provision is that all pension, welfare and annuity fund payments shall be paid to the individual's home local union regardless of where the work is performed except for the payment of working dues. In order to satisfy the requirements of Section 302 of the Labor-Management Relations Act of 1947, as amended, the employer hereby agrees to and does become a party to and be bound by the various agreements and declarations of trust as heretofore or hereafter amended, establishing any of the fringe benefit funds covering the geographical jurisdiction of the local union in which work is performed.

The parties agree and understand that there shall be no duplication of payments between fringe benefit funds on account of hours worked by an employee.

Section 13. Laborers'-Employers Cooperation and Education Trust. The Employer agrees that by signing this Agreement he becomes bound by and a party to the Agreement and Declaration of Trust creating and establishing the Laborers-Employers Cooperation and Education Trust, and all amendments thereto whenever adopted, in the same manner and with the same effect as if the Employer had executed such Agreement and Declaration of Trust. The Employer hereby designates as his representatives such Trustees as may be, from time to time, appointed to serve as Employer Trustees therein.

Effective May 1, 2003, the Employer shall contribute to the Trust the sum of $.12 per hour for each hour worked by or paid to each employee covered by this Agreement, in such manner as shall from time to time be prescribed by the Trustees consistent with the Agreement and Declaration of Trust.

-12-

Section 14.  Midwest Foundation for Fair Contracting.  The Employer agrees that by signing this Agreement he becomes bound by and a party to the Agreement and Declaration of Trust creating and establishing the Midwest Foundation for Fair Contracting, and all amendments thereto whenever 'opted, in the same manner and with the same effect as if the Employer had executed such Agreement and Declaration of Trust. The Employer hereby designates as his representatives such Trustees as may be, from time to time, appointed to serve as Employer Trustees therein.

Effective May 1, 2003, the Employer shall contribute to the Trust the sum of $.10 per hour for each hour worked by or paid to each employee covered by this Agreement, in such manner as shall from time to time be prescribed by the Trustees consistent with the Agreement and Declaration of Trust.

Section 15.  Laborers' of Illinois Vacation Fund.  The Employer agrees that by signing this Agreement he becomes bound by and a party to the Agreement and Declaration of Trust creating and establishing the Laborers' of Illinois Vacation Fund, and all amendments thereto, in the same manner and with the same effect as if the Employer had executed such Agreement and Declaration of Trust. The Employer hereby designates as his representatives such Trustees as may be, from time to time, appointed to serve as Employer Trustees therein.

Effective May 1, 2003,  the Employer shall deduct from the net wages of his employees covered by this Agreement, the sum per hour for each hour worked or paid to the employee as stipulated in attached Addendum and remit the same to the North Central Illinois Laborers' Health & Welfare Fund, P.O. Box 9090, Peoria, IL 61612-9090 in the manner as from time to time prescribed by the Trustees of said Fund.

Upon thirty (30) days written notice to the Employer the amount to be deducted from the wages of each ʳmployee and remitted to the Fund may be amended, altered or discontinued, and the Employer shall �winthereafter deduct such amount as directed in the written notice and remit the same to the Fund as prescribed by the Trustees of said Fund.

## ARTICLE XI
## CHIMNEY, TUNNEL AND RAILROAD AGREEMENTS

It is mutually agreed that the parties signatory to this Agreement do hereby mutually subscribe to the "Stack Agreement" covering the erection, alteration repair and demolition of reinforced concrete and masonry chimneys.

It is mutually agreed that the parties signatory to this Agreement do hereby mutually subscribe to the "Railroad Construction Agreement" when the work awarded pertains to construction of railroad work.

All work coming under the Tunnel Agreement of the International Union will be done in accordance with the National Tunnel Agreement.

In the above instances, it shall be the duty of the contractor to notify the regional offices of the Laborers' International Union of North America, under whose jurisdiction the work is to be performed, when they are low bidder on a "Chimney Job" or a "Railroad Construction" job for the purpose of holding a pre-job conference covering that particular job.  The Contractor involved shall notify Laborers' International Union of North America, Midwest Regional Office, 1 N. Old State Capitol Plaza, Suite 525 Springfield, 62701, (Phone:  217-522-3381).

-13-

IN WITNESS WHEREOF, the Parties have affixed their signatures which officially bind said parties under the provision of this Agreement.

CENTRAL ILLINOIS BUILDERS OF A.G.C. having authority to sign on behalf of those firms who have assigned their bargaining rights to the Association.

_signature_                                    6-10-03
Dennis W. Larson, Executive Vice President        Date

MCLEAN COUNTY CONTRACTOR'S GROUP

_signature_                                    6/16/03
John B. Meek                                      Date

GREAT PLAINS LABORERS' DISTRICT COUNCIL

_signature_                                    6.4-03
John F. Penn, Business Manager                    Date

-34-

**ADDENDUM**
**BUILDING CONSTRUCTION WAGE AND FRINGE BENEFITS**
**CONTRIBUTIONS AND DEDUCTIONS**
**EFFECTIVE:   MAY 1, 2003**

| LOCAL UNION NO. | 362 | 538 | 996 |
|---|---|---|---|
| Counties | McLean | Knox, Warren, Henderson, Henry & W. ½ Stark | Livingston, Woodford Marshall & E. ½ Stark |
| BASIC LABORER RATE | 21.83 | 20.72 | 21.61 |
| PENSION FUND | 3.00 | 3.00 | 3.00 |
| ANNUITY FUND* | 2.03 | 2.98 | 2.25 |
| WELFARE FUND | 4.30 | 4.30 | 4.30 |
| TRAINING FUND | 0.40 | 0.40 | 0.40 |
| I.A.F. | 0.12 | 0.12 | 0.12 |
| L.E.C.E.T. | 0.12 | 0.12 | 0.12 |
| F.F.C. | 0.10 | 0.10 | 0.10 |
| TOTAL PACKAGE | $31.90 | $31.74 | $31.90 |
| MARKET PRESERVATION** | 0.45 | 0.10 | 0.44 |
| VACATION FUND** | 0.60 | 0.75 | 1.25 |
| WORKING DUES CHECK-OFF*** | 4.5% | 5% | 4% |
| LABORERS' POLITICAL LEAGUE** | 0.05 | 0.05 | 0.00 |

\*   Rates of Annuity contributions on overtime hours are as follows:

Local 362 - $3.045      GREAT PLAINS LABORERS' ANNUITY FUND -
Local 538 - $4.47       These contributions get sent to the Great Plains Laborers' Annuity Fund Office,
Local 996 - $3.375      P.O. Box 9090, Peoria, IL 61612-9090

\*\*   Cents per hour worked deducted from the Basic Labor Rate.
\*\*\*   Dues Check-Off calculated as a percentage of gross pay.

EFFECTIVE May 1, 2004 Wages and/or Fringe Benefits increase $1.35 per hour.
EFFECTIVE May 1, 2005 Wages and/or Fringe Benefits increase $1.45 per hour.
EFFECTIVE May 1, 2006 Wages and/or Fringe Benefits increase $1.45 per hour.
EFFECTIVE May 1, 2007 Wages and/or Fringe Benefits increase $1.45 per hour.

IN WITNESS WHEREOF, the Parties have affixed their signatures which officially bind said parties under the provision of this Agreement.

CENTRAL ILLINOIS BUILDERS OF A.G.C. having authority to sign on behalf of those firms who have assigned their bargaining rights to the Association.

_(signature)_            6-10-03

Dennis W. Larson, Executive Vice President      Date

MCLEAN COUNTY CONTRACTOR'S GROUP

_(signature)_            6/16/03

John B. Meek      Date

GREAT PLAINS LABORERS' DISTRICT COUNCIL

_(signature)_            6.4-03

John F. Penn, Business Manager      Date

---

Contractor's Signature      Date

---

Contractor's Name

---

Contractor's Address

---

City      State      Zip

---

Telephone Number      Fax Number

LABORERS' LOCAL UNION NO. 362
John Penn, Business Manager
P.O. Box 3248
Bloomington, IL 61702
Phone: (309) 828-4369

LABORERS' LOCAL UNION NO. 996
David D. McBride, Business Manager
P.O. Box 410
Roanoke, IL 61561
Phone: (309) 923-3211

LABORERS' LOCAL UNION NO. 538
Mike Tuthill, Business Manager
R.R. Box 42-A
Wataga, IL 61488
Phone: (309) 344-3515

FUND OFFICE:

Central Laborers' Pension Fund
P.O. Box 1267
Jacksonville, IL 62651
Phone: 1-800-252-6571

Local 362
Laborers' Local 362
P.O. Box 3248
Bloomington, IL 61702
Phone: (309) 828-4368

Local 996
Laborers' Local 996
P.O. Box 410
Roanoke, IL 61561
Phone: (309) 923-3211

North Central Illinois Laborers'
 Health & Welfare Fund
P.O. Box 9090
Peoria, IL 61612-9090
Phone: (309) 692-0860

TYPE OF CONTRIBUTIONS SENT:

Central Laborers' Pension Fund

Local 362 Dues Check-Off
Market Preservation Check-Off
Local 362 McLean Co.
Local 362 Laborers' Political League

Local 996 Dues Check-Off
Local 996 Market Preservation  Check-off

Working Dues Check-Off for
the following Local Union: #538

Market Preservation Check-Off for the
following Local Union:  #538

Illinois Laborers & Contractors Joint Apprenticeship &
Training Program for the following Local Unions:
#362, #538 & #996

Industry Advancement Fund for the
following Local Unions: #362, #538 & #996

Laborers'- Employers' Cooperation
& Education Trust for the following Local Unions:
#362, #538 & #996

Laborers' of Illinois Vacation
Fund for the following Local Unions:
#362, #538 & #996

Laborers' Political League for the following Local
Unions: #538

Midwest Region Foundation for Fair Contracting for
the following Local Unions:  #362, #538 & #996

Great Plains Annuity Fund for the following Local
Unions: #362, #538 & #996

-37-

## ADDENDUM
## BUILDING CONSTRUCTION WAGE AND FRINGE BENEFITS
## CONTRIBUTIONS AND DEDUCTIONS
### EFFECTIVE:  MAY 1, 2004

| LOCAL UNION NO. | 362 | 538 | 996 |
|---|---|---|---|
| Counties | McLean | Knox, Warren, Henderson, Henry & W. ½ Stark | Livingston, Woodford Marshall & E. ½ Stark |
| BASIC LABORER RATE | 22.18 | 21.27 | 22.16 |
| PENSION FUND | 3.20 | 3.00 | 3.00 |
| ANNUITY FUND* | 2.03 | 2.98 | 2.25 |
| WELFARE FUND | 5.00 | 5.00 | 5.00 |
| TRAINING FUND | 0.50 | 0.50 | 0.50 |
| I.A.F. | 0.12 | 0.12 | 0.12 |
| L.E.C.E.T. | 0.12 | 0.12 | 0.12 |
| F.F.C. | 0.10 | 0.10 | 0.10 |
| TOTAL PACKAGE | $33.25 | $33.09 | $33.25 |
| MARKET PRESERVATION** | 0.45 | 0.10 | 0.49 |
| VACATION FUND** | 0.60 | 1.30 | 1.25 |
| WORKING DUES CHECK-OFF*** | 4.5% | 5.5% | 4% |
| LABORERS' POLITICAL LEAGUE** | 0.05 | 0.05 | 0.00 |

\*    Rates of Annuity contributions on overtime hours are as follows:

Local 362 - $3.045      CENTRAL LABORERS' ANNUITY FUND -
Local 538 - $4.47       These contributions get sent to the Central Laborers' Annuity Fund Office
Local 996 - $3.375      P.O. Box 1267, Jacksonville, IL 62651

\*\*   Cents per hour worked deducted from the Basic Labor Rate.
\*\*\*  Dues Check-Off calculated as a percentage of gross pay.

EFFECTIVE May 1, 2005 Wages and/or Fringe Benefits increase $1.45 per hour.
EFFECTIVE May 1, 2006 Wages and/or Fringe Benefits increase $1.45 per hour.
EFFECTIVE May 1, 2007 Wages and/or Fringe Benefits increase $1.45 per hour.



N WITNESS WHEREOF, the Parties have affixed their signatures which officially bind said parties under the provision of this Agreement.

CENTRAL ILLINOIS BUILDERS OF A.G.C. having authority to sign on behalf of those firms who ıve assigned their bargaining rights to the Association.

_Dennis W. Larson_                                          4-28-04

Dennis W. Larson, Executive Vice President                        Date

MCLEAN COUNTY CONTRACTOR'S GROUP

_John B. Meek_

John B. Meek                                                    Date

GREAT PLAINS LABORERS' DISTRICT COUNCIL

_John F. Penn_

John F. Penn, Business Manager                                  Date

_____                _____

Contractor's Signature                                          Date

_____

Contractor's Name

_____

ntractor's Address

_____                _____

City                            State                            Zip

_____                _____

Telephone Number                            Fax Number

LABORERS' LOCAL UNION NO. 362            LABORERS' LOCAL UNION NO. 996
John Penn, Business Manager              David D. McBride, Business Manager
P.O. Box 3248                            P.O. Box 410
Bloomington, IL 61702                    Roanoke, IL 61561
Phone: (309) 828-4369                    Phone: (309) 923-3211

LABORERS' LOCAL UNION NO. 538
Mike Tuthill, Business Manager
R.R. Box 42-A
Wataga, IL 61488
Phone: (309) 344-3515

-2-

FUND OFFICE:

TYPE OF CONTRIBUTIONS SENT:

Central Laborers' Pension Fund
P.O. Box 1267
:cksonville, IL 62651
Phone: 1-800-252-6571

Central Laborers' Pension Fund
Central Laborers' Annuity Fund

Local 362
Laborers' Local 362
P.O. Box 3248
Bloomington, IL 61702
Phone: (309) 828-4368

Local 362 Dues Check-Off
Market Preservation Check-Off
Local 362 McLean Co.
Local 362 Laborers' Political League

Local 996
Laborers' Local 996
P.O. Box 410
Roanoke, IL 61561
Phone: (309) 923-3211

Local 996 Dues Check-Off
Local 996 Market Preservation Check-off

North Central Illinois Laborers'
 Health & Welfare Fund
P.O. Box 9090
Peoria, IL 61612-9090
Phone: (309) 692-0860

Working Dues Check-Off for
the following Local Union: #538

Market Preservation Check-Off for the
following Local Union: #538

Illinois Laborers & Contractors Joint Apprenticeship &
Training Program for the following Local Unions:
#362, #538 & #996

Industry Advancement Fund for the
following Local Unions: #362, #538 & #996

Laborers'- Employers' Cooperation
& Education Trust for the following Local Unions:
#362, #538 & #996

Laborers' of Illinois Vacation
Fund for the following Local Unions:
#362, #538 & #996

Laborers' Political League for the following Local
Unions: #538

Midwest Region Foundation for Fair Contracting for
the following Local Unions:  #362, #538 & #996

-3-

### ADDENDUM
### BUILDING CONSTRUCTION WAGE AND FRINGE BENEFITS
### CONTRIBUTIONS AND DEDUCTIONS
### EFFECTIVE:    OCTOBER 1, 2004

| LOCAL UNION NO. | 362 | 538 | 996 |
|---|---|---|---|
| Counties | McLean | Knox, Warren, Henderson, Henry & W. ½ Stark | Livingston, Woodford Marshall & E. ½ Stark |
| BASIC LABORER RATE | 22.18 | 21.27 | 22.16 |
| PENSION FUND | 4.27 | 4.00 | 4.00 |
| ANNUITY FUND* | .96 | 1.98 | 1.25 |
| WELFARE FUND | 5.00 | 5.00 | 5.00 |
| TRAINING FUND | 0.50 | 0.50 | 0.50 |
| I.A.F. | 0.12 | 0.12 | 0.12 |
| L.E.C.E.T. | 0.12 | 0.12 | 0.12 |
| F.F.C. | 0.10 | 0.10 | 0.10 |
| TOTAL PACKAGE | $33.25 | $33.09 | $33.25 |
| MARKET PRESERVATION** | 0.45 | 0.10 | 0.49 |
| VACATION FUND** | 0.60 | 1.30 | 1.25 |
| WORKING DUES CHECK-OFF*** | 4.5% | 5.5% | 4% |
| LABORERS' POLITICAL LEAGUE** | 0.05 | 0.05 | 0.00 |

\*    Rates of Annuity contributions on overtime hours are as follows:

| Local 362 - $1.44 | CENTRAL LABORERS' ANNUITY FUND - |
|---|---|
| Local 538 - $2.97 | These contributions get sent to the Central Laborers' Annuity Fund Office |
| Local 996 - $1.875 | P.O. Box 1267, Jacksonville, IL 62651 |

\*\*   Cents per hour worked deducted from the Basic Labor Rate.
\*\*\*  Dues Check-Off calculated as a percentage of gross pay.

EFFECTIVE May 1, 2005 Wages and/or Fringe Benefits increase $1.45 per hour.
EFFECTIVE May 1, 2006 Wages and/or Fringe Benefits increase $1.45 per hour.
EFFECTIVE May 1, 2007 Wages and/or Fringe Benefits increase $1.45 per hour.



IN WITNESS WHEREOF, the Parties have affixed their signatures which officially bind said parties under the provision of this Agreement.

CENTRAL ILLINOIS BUILDERS OF A.G.C. having authority to sign on behalf of those firms who ve assigned their bargaining rights to the Association.

_____          9-7-04
Dennis W. Larson, Executive Vice President          Date

MCLEAN COUNTY CONTRACTOR'S GROUP

_____          9/13/04
John B. Meek          Date

GREAT PLAINS LABORERS' DISTRICT COUNCIL

_____          9-3-04
John F. Penn, Business Manager          Date


_____          _____
Contractor's Signature          Date


_____
Contractor's Name


_____
ntractor's Address


_____
City          State          Zip


_____
Telephone Number          Fax Number


LABORERS' LOCAL UNION NO. 362          LABORERS' LOCAL UNION NO. 996
John Penn, Business Manager          David D. McBride, Business Manager
P.O. Box 3248          P.O. Box 410
Bloomington, IL 61702          Roanoke, IL 61561
Phone: (309) 828-4369          Phone: (309) 923-3211

LABORERS' LOCAL UNION NO. 538
Mike Tuthill, Business Manager
R.R. Box 42-A
Wataga, IL 61488
Phone: (309) 344-3515

-2-

FUND OFFICE:

Central Laborers' Pension Fund
P.O. Box 1267
ıcksonville, IL 62651
Phone: 1-800-252-6571

Local 362
Laborers' Local 362
P.O. Box 3248
Bloomington, IL 61702
Phone: (309) 828-4368

Local 996
Laborers' Local 996
P.O. Box 410
Roanoke, IL 61561
Phone: (309) 923-3211

North Central Illinois Laborers'
 Health & Welfare Fund
P.O. Box 9090
Peoria, IL 61612-9090
Phone: (309) 692-0860

TYPE OF CONTRIBUTIONS SENT:

Central Laborers' Pension Fund
Central Laborers' Annuity Fund

Local 362 Dues Check-Off
Market Preservation Check-Off
Local 362 McLean Co.
Local 362 Laborers' Political League

Local 996 Dues Check-Off
Local 996 Market Preservation Check-off

Working Dues Check-Off for
the following Local Union: #538

Market Preservation Check-Off for the
following Local Union: #538

Illinois Laborers & Contractors Joint Apprenticeship &
Training Program for the following Local Unions:
#362, #538 & #996

Industry Advancement Fund for the
following Local Unions: #362, #538 & #996

Laborers'- Employers' Cooperation
& Education Trust for the following Local Unions:
#362, #538 & #996

Laborers' of Illinois Vacation
Fund for the following Local Unions:
#362, #538 & #996

Laborers' Political League for the following Local
Unions: #538

Midwest Region Foundation for Fair Contracting for
the following Local Unions: #362, #538 & #996

-3-

## ADDENDUM
### BUILDING CONSTRUCTION WAGE AND FRINGE BENEFITS
### CONTRIBUTIONS AND DEDUCTIONS
### EFFECTIVE:  MAY 1, 2005

| LOCAL UNION NO. | 362 | 538 | 996 |
|---|---|---|---|
| Counties | McLean | Knox, Warren, Henderson, Henry & W. ½ Stark | Livingston, Woodford Marshall & E. ½ Stark |
| BASIC LABORER RATE | 22.83 | 21.92 | 22.81 |
| PENSION FUND | 4.27 | 4.00 | 4.00 |
| ANNUITY FUND* | .96 | 1.98 | 1.25 |
| WELFARE FUND | 5.70 | 5.70 | 5.70 |
| TRAINING FUND | 0.60 | 0.60 | 0.60 |
| I.A.F. | 0.13 | 0.13 | 0.13 |
| L.E.C.E.T. | 0.12 | 0.12 | 0.12 |
| F.F.C. | 0.10 | 0.10 | 0.10 |
| TOTAL PACKAGE | $34.71 | $34.55 | $34.71 |
| MARKET PRESERVATION** | 0.45 | 0.15 | 0.54 |
| 'ACATION FUND** | 0.60 | 1.30 | 1.25 |
| WORKING DUES CHECK-OFF*** | 4.5% | 5.5% | 4% |
| LABORERS' POLITICAL LEAGUE** | 0.05 | 0.05 | 0.00 |

\*    Employers shall remit annuity contributions to the Central Laborers' Annuity Plan until such time the proposed Great Plains Annuity Fund is established, Trustees appointed and Trust document is signed. At such time that the Great Plains Annuity Fund has met all appropriate legal criteria, said fund shall be added by means of an addendum to this Agreement and Employers will be notified to send their contributions to the North Central Illinois Laborers' Health and Welfare Fund.

Rates of Annuity contributions on overtime hours are as follows:

Local 362 - $1.44          CENTRAL LABORERS' ANNUITY FUND -
Local 538 - $2.97          These contributions get sent to the Central Laborers' Annuity Fund Office
Local 996 - $1.875         P.O. Box 1267, Jacksonville, IL 62651

\*\*    Cents per hour worked deducted from the Basic Labor Rate.
\*\*\*    Dues Check-Off calculated as a percentage of gross pay.

EFFECTIVE May 1, 2006 Wages and/or Fringe Benefits increase $1.45 per hour.
EFFECTIVE May 1, 2007 Wages and/or Fringe Benefits increase $1.45 per hour.

IN WITNESS WHEREOF, the Parties have affixed their signatures which officially bind said parties under the provision of this Agreement.

CENTRAL ILLINOIS BUILDERS OF A.G.C. having authority to sign on behalf of those firms who have assigned their bargaining rights to the Association.

_Dennis W. Larson_
Dennis W. Larson, Executive Vice President

4-6-05
Date

GREAT PLAINS LABORERS' DISTRICT COUNCIL

John F. Penn, Business Manager

Date

_____
Contractor's Signature                                    Date

_____
Contractor's Name

_____
Contractor's Address

_____
City                        State                         Zip

_____
Telephone Number                          Fax Number

LABORERS' LOCAL UNION NO. 362
John Penn, Business Manager
P.O. Box 3248
Bloomington, IL 61702
Phone: (309) 828-4369

LABORERS' LOCAL UNION NO. 996
David D. McBride, Business Manager
P.O. Box 410
Roanoke, IL 61561
Phone: (309) 923-3211

LABORERS' LOCAL UNION NO. 538
Mike Tuthill, Business Manager
R.R. Box 42-A
Wataga, IL 61488
Phone: (309) 344-3515

FUND OFFICE:                                TYPE OF CONTRIBUTIONS SENT:

Central Laborers' Pension Fund              Central Laborers' Pension Fund
P.O. Box 1267                               Central Laborers' Annuity Fund
Jacksonville, IL 62651
Phone: 1-800-252-6571

Local 362                                   Local 362 Dues Check-Off
Laborers' Local 362                         Market Preservation Check-Off
P.O. Box 3248                               Local 362 McLean Co.
Bloomington, IL 61702                       Local 362 Laborers' Political League
Phone: (309) 828-4368

Local 996                                   Local 996 Dues Check-Off
Laborers' Local 996                         Local 996 Market Preservation  Check-off
P.O. Box 410
Roanoke, IL 61561
Phone: (309) 923-3211

North Central Illinois Laborers'            Working Dues Check-Off for
 Health & Welfare Fund                      the following Local Union: #538
P.O. Box 9090
Peoria, IL 61612-9090                       Market Preservation Check-Off for the
Phone: (309) 692-0860                       following Local Union:  #538

                                            Illinois Laborers & Contractors Joint Apprenticeship &
                                            Training Program for the following Local Unions:
                                            #362, #538 & #996

                                            Industry Advancement Fund for the
                                            following Local Unions: #362, #538 & #996

                                            Laborers'- Employers' Cooperation
                                            & Education Trust for the following Local Unions:
                                            #362, #538 & #996

                                            Laborers' of Illinois Vacation
                                            Fund for the following Local Unions:
                                            #362, #538 & #996

                                            Laborers' Political League for the following Local
                                            Unions: #538

                                            Midwest Region Foundation for Fair Contracting for
                                            the following Local Unions:  #362, #538 & #996

-2-

### ADDENDUM
### BUILDING CONSTRUCTION WAGE AND FRINGE BENEFITS
### CONTRIBUTIONS AND DEDUCTIONS
### EFFECTIVE:   MAY 1, 2006

| LOCAL UNION NO. | 362 | 538 | 996 |
|---|---|---|---|
| Counties | McLean | Knox, Warren, Henderson, Henry & W. ½ Stark | Livingston, Woodford Marshall & E. ½ Stark |
| BASIC LABORER RATE | 24.11 | 22.51 | 24.09 |
| PENSION FUND | 4.27 | 4.10 | 4.00 |
| ANNUITY FUND* | .96 | 2.08 | 1.25 |
| N. CENTRAL IL WELFARE FUND NORTHERN IL WELFARE FUND | 5.85 | 5.85 .49 | 5.85 |
| TRAINING FUND | 0.60 | 0.60 | 0.60 |
| I.A.F. | 0.13 | 0.13 | 0.13 |
| L.E.C.E.T. | 0.16 | 0.16 | 0.16 |
| F.F.C. | 0.10 | 0.10 | 0.10 |
| TOTAL PACKAGE | $36.18 | $36.02 | $36.18 |
| MARKET PRESERVATION** | 0.99 | 0.15 | 1.08 |
| VACATION FUND** | 0.60 | 1.47 | 1.25 |
| WORKING DUES CHECK-OFF*** WORKING DUES CHECK-OFF** | 4.5% | 5.5% .10 | 4% |
| LABORERS' POLITICAL LEAGUE** | 0.05 | 0.05 | 0.00 |

\*   Employers shall remit annuity contributions to the Central Laborers' Annuity Plan until such time the proposed Great Plains Annuity Fund is established, Trustees appointed and Trust document is signed. At such time that the Great Plains Annuity Fund has met all appropriate legal criteria, said fund shall be added by means of an addendum to this Agreement and Employers will be notified to send their contributions to the North Central Illinois Laborers' Health and Welfare Fund.

Rates of Annuity contributions on overtime hours are as follows:

| Local 362 - $1.44 | CENTRAL LABORERS' ANNUITY FUND - |
| Local 538 - $3.12 | These contributions get sent to the Central Laborers' Annuity Fund Office |
| Local 996 - $1.875 | P.O. Box 1267, Jacksonville, IL 62651 |

\*\*   Cents per hour worked deducted from the Basic Labor Rate.
\*\*\*   Dues Check-Off calculated as a percentage of gross pay.
\*\*   Dues Check-Off per hour worked deducted from the Basic Labor Rate (Local 538).

EFFECTIVE May 1, 2007 Wages and/or Fringe Benefits Increase $1.45 per hour.

FUND OFFICE:                                    TYPE OF CONTRIBUTIONS SENT:

Central Laborers' Pension Fund                  Central Laborers' Pension Fund
P.O. Box 1267                                   Central Laborers' Annuity Fund
Jacksonville, IL  62651
Phone: 1-800-252-6571

Local 362                                       Local 362 Dues Check-Off
Laborers' Local 362                             Market Preservation Check-Off
P.O. Box 3248                                   Local 362 McLean Co.
Bloomington, IL  61702                          Local 362 Laborers' Political League
Phone: (309) 828-4368

Local 996                                       Local 996 Dues Check-Off
Laborers' Local 996                             Local 996 Market Preservation  Check-off
P.O. Box 410
Roanoke, IL  61561
Phone: (309) 923-3211

North Central Illinois Laborers'                North Central Illinois Laborers' Health & Welfare Fund
 Health & Welfare Fund                          for Locals #362, #538 & #996
P.O. Box 9090
Peoria, IL  61612-9090                          Northern Illinois Welfare Fund for Local Union #538
Phone: (309)  692-0860
                                                Working Dues Check-Off for the following Local Union:
                                                #538

                                                Market Preservation Check-Off for the following Local
                                                Union:  #538

                                                Illinois Laborers & Contractors Joint Apprenticeship &
                                                Training Program for the following Local Unions:
                                                #362, #538 & #996

                                                Industry Advancement Fund for the
                                                following Local Unions: #362, #538 & #996

                                                Laborers'- Employers' Cooperation
                                                & Education Trust for the following Local Unions:
                                                #362, #538 & #996

                                                Laborers' of Illinois Vacation
                                                Fund for the following Local Unions:
                                                #362, #538 & #996

                                                Laborers' Political League for the following Local
                                                Unions: #538

                                                Midwest Region Foundation for Fair Contracting for the
                                                following Local Unions:  #362, #538 & #996

-3-

IN WITNESS WHEREOF, the Parties have affixed their signatures which officially bind said parties under the provision of this Agreement.

CENTRAL ILLINOIS BUILDERS OF A.G.C. having authority to sign on behalf of those firms who have assigned their bargaining rights to the Association.

_____          5-9-06
Dennis W. Larson, Executive Vice President                      Date

GREAT PLAINS LABORERS' DISTRICT COUNCIL

_____          5-5-06
John F. Penn, Business Manager                              Date

_____
Contractor's Signature                                      Date

_____
Contractor's Name

_____
Contractor's Address

_____
City                              State                              Zip

_____
Telephone Number                              Fax Number

LABORERS' LOCAL UNION NO. 362          LABORERS' LOCAL UNION NO. 996
John Penn, Business Manager               David D. McBride, Business Manager
P.O. Box 3248                              P.O. Box 410
Bloomington, IL 61702                      Roanoke, IL 61561
Phone: (309) 828-4369                      Phone: (309) 923-3211

LABORERS' LOCAL UNION NO. 538
Mike Tuthill, Business Manager
118 W. Main Street
East Galesburg, IL 61430
Phone: (309) 344-3515

-2-

The parties agree that nothing herein is intended to nor shall it be construed as creating ignition of or bargaining with a multi-employer bargaining unit other than those already recognized the Local Union and limited to the geographical jurisdiction of the Local Unions.

8.      This Agreement shall remain in full force and effect through April 30, 2008, and shall continue thereafter unless there has been sixty (60) days written notice, by registered or certified mail, by either party hereto of the desire to modify and amend this Agreement for negotiations. The EMPLOYER and the UNION agree to be bound by the area-wide negotiated contracts with the various Associations, incorporating them into this Memorandum of Agreement and extending this Agreement for the life of the newly negotiated contract, if not notified within the specified period of time.

9.      The EMPLOYER acknowledges and accepts the facsimile signatures on this contract as if they were the original signatures. The EMPLOYER further acknowledges receipt of a copy of the complete COLLECTIVE BARGAINING AGREEMENT.

IN WITNESS WHEREOF, and in consideration of the mutual promises of the parties hereto, and other good and valuable consideration, this Memorandum of Agreement was entered into this ⎯⎯ day of July , 2005.

ACCEPTED:

LABORERS' LOCAL UNION NO. _996_

BY: _____
(Business Manager) Organizer

GREAT PLAINS LABORERS'
DISTRICT COUNCIL

BY: _____
(Business Manager)

CLEARY CONSTRUCTION SERVICES
(Contractor Name)

BY: _____
(Name & Title)
OPERATING MEMBER

1413 RIVER LANDING
(Address)

Norman IL 61761
(City, State & Zip Code)

309 820 1808
(Telephone Number)

309 820 1780
(Facsimile Number)

20 - 3033990
(Federal Employer Identification Number)

-3-



# PARTICIPATION AGREEMENT

1. This Participation Agreement is entered into between _CLEARY CONSTRUCTION SERVICES LLC_ (Employer) and the Central Laborers' Pension Fund, The Central Laborers' Welfare Fund, Central Laborers' Annuity Plan, Illinois Laborers' and Contractors' Training Fund and such other Funds or Plans listed below (all referred to as the "Funds"). The Employer hereby agrees that this document represents the detailed written Agreement required by the Labor Management Relations Act (29 U.S.C. Section 186 (c)) to permit the Funds to receive contributions from the Employer on behalf of Employees employed by the Employer within the jurisdiction of the Funds.

2. The Employer hereby agrees to be bound by and to the Agreements and Declarations of Trust establishing and amending the Central Laborers' Pension Fund and Central Laborers' Welfare Fund and all other funds or plans comprising the Funds, all as heretofore and hereafter amended (the Trust Agreements), as though the Employer had actually signed the same. The various Agreements and Declarations of Trust are hereafter referred to as the "Trust Agreements." The Employer agrees to make contributions to the Funds (1) on behalf of all Employees, all as defined in the Trust Agreements or applicable Collective Bargaining Agreements, (2) for all jobs within the geographical jurisdiction of the Funds, all as defined in the Trust Agreements or applicable Collective Bargaining Agreements, (3) for employment on all job classifications, all as defined in the Trust Agreements or applicable Collective Bargaining Agreements.

3. The Employer hereby agrees to pay the following contributions to the Funds for each Employee of the Employer, and the Employer agrees that the following contribution rates may change or vary with the location of the jobs or that the rates may be increased and/or decreased from time to time pursuant to the Trust Agreements or applicable Collective Bargaining Agreements.

| | | | |
|---|---|---|---|
| 4.00 | per hour to Central Laborers' Pension Fund | .13 | per hour to Industry Advancement Fund |
| 5.70 | per hour to Central Laborers' Welfare Fund | 4% | Working Dues (% of gross wages ~~% on take home pay~~) |
| **1.25 | per hour to Central Laborers' Annuity Fund | .12 p/h | LECT |
| .60 | per hour to Illinois Laborers' and Contractors' Training Trust Fund | 1.25 p/h | Other Vacation Fund |
| .10 p/h | ~~CFFC~~ | .54 p/h | Other Market Preservation |

**Overtime hours paid at overtime rate

4. The Employer agrees to make the required contributions monthly and in such manner as required by the Trustees of the Funds for all Employees as defined in the Trust Agreements and the Trustees shall have the authority to have their accountant audit all payroll and all wage, job, bonds and other relevant records of the Employer upon reasonable notice for the purpose of determining the accuracy of the Employer's contributions to the Funds.

5. For the purpose of this Agreement, each hour worked for which the Employee receives pay, and other hours for which pay is received by the Employee in accordance with this and/or any applicable Agreement, shall be counted as hours for which contributions are payable.

6. If an Employer fails to pay contributions as required by the Trust Agreements and this Agreement, the Funds shall have the right to take whatever steps are necessary to secure compliance with this Agreement and the Trust Agreements, any other provision hereof to the contrary notwithstanding, and the Employer shall be liable for all reasonable costs of collection of the payments due together with reasonable attorneys' fees and such other reasonable costs and charges as may be assessed by the Trustees of the Funds pursuant to the Trust Agreements, including the cost of any and all audits. In addition, the Employer agrees that all remittances not received by the 15th day of the month next following the month for which the contributions are due are subject to assessment of Liquidated Damages in the amount of 10% of the contributions or $25.00 minimum per remittance, to deter the increased administrative costs resulting from late payments, all pursuant to the Trust Agreements.

7. The Employer hereby irrevocably designates as its representatives on the Board of Trustees of the Funds such Trustees as are now serving, or their successors who will serve in the future, as Employer Trustees together with their successors. The Employer further agrees to be bound by all actions taken by the Board of Trustees pursuant to the Trust Agreements as heretofore and/or hereafter amended.

8. The Pension, Welfare and Annuity Plans adopted by the Trustees of the Funds and Plans shall at all times conform with the requirements of the Internal Revenue Code so as to enable the Employer at all times to treat contributions as a deduction for income tax purposes.

NO ALTERATIONS OR ADDITIONS TO THIS PARTICIPATION AGREEMENT SHALL BE EFFECTIVE UNLESS APPROVED IN WRITING BY THE TRUSTEES OF THE FUND.

| EMPLOYER | CENTRAL LABORERS' FUNDS |
|---|---|
| _Cleary Construction Services, LLC_ | _m_ |
| Name of Business | Authorized Signature |
| _1413 River Landing_ | **Executive Administrator** |
| Address | Title |
| _Norma, IL     61761_ | **UNION** |
| City/State/Zip Code | |
| _309 820 1808_ | Territory in which Agreement signed: Local _996_ |
| Telephone | |
| _Cleary Co_ | Authorized Signature |
| Authorized Signature | _Organizer_ |
| Title _Operating Member_ | Title |
| Date _7/28/05_ | Date _7/28/05_ |

_AUG 2005_
_RECEIVED_

White copy: Central Laborers' Pension, Welfare and Annuity Funds, Post Office Box 1267, Jacksonville, Illinois 62651-1267
Pink copy: Employer
~~Yellow copy: District Council or Local Union~~

(Rev. 11/98) 2M